**Patrick GUESS, Plaintiff–Appellant,**

v.

**Cecilia REYNOLDS, Warden, Kershaw Correctional Institution; Timothy Riley, Warden, Tyger River Institution; Jon Ozmint, Agency Director; Jerry**

G. Alexander, Captain; Ms. Middlebrook, Administration Tyger River Correctional Institution; Gary Lane, Assistant Warden, Tyger River Correctional Institution; Laura Caldwell, Tyger River Correctional Institution; Ms. D. Maness, Defendants–Appellees.

No. 11–7153.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 6, 2011.

Decided: Dec. 15, 2011.

Patrick Guess, Appellant Pro se. William Henry Davidson, II, Daniel C. Plyler, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before DUNCAN, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Guess appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Guess v. Reynolds,* No. 9:10–cv–01161–TLW, 2011 WL 3471054 (D.S.C. Aug. 8, 2011). We deny Guess' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*